No. 49, Misc. ANDREWS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Griswold* for the United States.

No. 428, Misc. GOODE *v.* SOMMERS. Baltimore City Ct. Md. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Joseph H. H. Kaplan* and *Harold Buchman* for petitioner.

No. 707, Misc. BAIRD *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert H. Quinn,* Attorney General of Massachusetts, *John Wall,* Assistant Attorney General, *Lawrence P. Cohen,* Deputy Assistant Attorney General, *Garrett H. Byrne,* and *Joseph Nolan* for respondent.

No. 708, Misc. BARNES *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard Newman* for petitioner.

No. 898, Misc. BROWN *v.* MARYLAND AND/OR JOHNSON, SHERIFF. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William M. Kunstler, Jonathan W. Lubell,* and *Harold Buchman* for petitioner.

No. 975, Misc. THIESSEN *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Joseph H. Shortell* for petitioner. *G. Kent Edwards,* Attorney General of Alaska, and *Robert K. Yandell* for respondent.